BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
1083 Market Street, Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff,
KEISHA WILLIAMS

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASERRADEROS ARAUCO, SA, and HORIZON LINES, LLC<br><br>　　　　　Defendants. | Case No. 12 4912<br><br>COMPLAINT AT LAW FOR DAMAGES<br>[33 U.S.C. § 905(b)]<br><br>KAW<br><br>DEMAND FOR JURY TRIAL |

　　　　Plaintiff, KEISHA WILLIAMS ["PLAINTIFF"], complains against Defendants named herein and alleges as follows:

**JURISDICTION**

　　　　1.　　This Court has jurisdiction pursuant to 33 U.S.C. § 905(b) and general maritime law.

**INTRADISTRICT STATEMENT**

　　　　2.　　The incidents alleged herein occurred within this district. PLAINTIFF is a resident of the State of California.

///

///

COMPLAINT　　　　　　　　　　-1-　　　　　　　　　　Case No.

3. Defendant ASERRADEROS ARAUCO, SA ["ASERRADEROS ARAUCO"], is a corporation or business organization, form unknown, organized under the laws of a state or country other than California. Upon information and belief, it is believed to be incorporated under the laws of Chile. Prior to May 21, 2011, and on that date, Defendant was the owner and/or shipper of a shipping container loaded with lumber (Container Number: GVCU-531260-5).

4. Defendant HORIZON LINES, LLC. ["HORIZON LINES"], is a corporation or business organization, form unknown, organized under the laws of a state or country unknown. At all times relevant, Defendant HORIZON LINES, INC. was the owners, operators, charterers, managers, and/or inspectors and was in control of a vessel carrying a container loaded with lumber from shipper ASERRADEROS ARAUCO.

5. On or about May 31, 2011, HORIZON LINES's vessel, with ASERRADEROS ARAUCO's container loaded with lumber, docked in Oakland California, at or near Ports America Outer Harbor Terminal. At that time and place, Ports America, a stevedoring company, was employed to unload the containers from the the vessel. On that date, PLAINTIFF was a longshoreman working for Ports America. On that date, PLAINTIFF was driving a tractor, with a chassis, was transporting ASERRADEROS ARAUCO's Container No. GVCU-531260-5. While turning into an aisle, the tractor with the container flipped or turned over. As a result of the tractor falling over, Plaintiff suffered injuries.

## FIRST CAUSE OF ACTION
### (Against Defendant ASERRADEROS ARAUCO)

5. PLAINTIFF re-alleges and incorporates by reference all of the previous paragraphs hereinabove as though fully set forth below.

BIRNBERG & ASSOCIATES
1083 MISSION STREET, THIRD FLOOR
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

COMPLAINT -2- Case No.

6. On and before May 31, 2011, Defendant ASERRADEROS ARAUCO, negligently, carelessly and improperly packed a container (Container No. GVCU-531260-5) with lumber, including packing it too heavy, such that the load shifted during transit aboard a HORIZON LINES vessel. Defendant, knew or, in the exercise of ordinary care, should have known, of the dangers such improper packing of a container and failed to remedy said condition or to otherwise adequately safeguard persons working in transporting said container. As a direct and proximate result of Defendant's negligence PLAINTIFF was caused to sustain severe personal injuries and damages, all to her damage in an amount within the jurisdiction of this Court.

7. As a direct and proximate result of Defendant's negligence, PLAINTIFF has suffered and will suffer loss of earnings in an amount according to proof.

8. As a further direct and proximate result of Defendant's negligence, PLAINTIFF has been personally injured and has incurred medical and related expenses and may in the future incur medical and related expenses, in an amount according to proof.

## SECOND CAUSE OF ACTION
### (Against Defendant HORIZON LINES)

9. PLAINTIFF re-alleges and incorporates by reference all of the previous paragraphs hereinabove as though fully set forth below.

10. On and before May 31, 2011, Defendant HORIZON LINES, negligently and carelessly transported a container loaded with lumber such that the container became unstable during shipping. Defendant owed a duty of care to properly and safely transport container pursuant to 46 U.S.C. §30701, *et seq*. As direct and proximate result of the container (Container No. GVCU-531260-5) being unstable, the tractor (with the container)

BIRNBERG & ASSOCIATES
1083 MISSION STREET, THIRD FLOOR
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

which PLAINTIFF was driving became unstable such that then the tractor flipped or turned over causing PLAINTIFF to suffer injuries and harm.

11. As a direct and proximate result of Defendant's negligence, PLAINTIFF has suffered and will suffer loss of earnings in an amount according to proof.

12. As a further direct and proximate result of Defendant's negligence, PLAINTIFF has been personally injured and has incurred medical and related expenses and may in the future incur medical and related expenses, in an amount according to proof.

WHEREFORE, PLAINTIFF prays for judgment against Defendants, and each of them, as follows:

1. For general damages in a sum within the jurisdiction of this court;
2. For loss of earnings, past and future, according to proof;
3. For medical expenses incurred and to be incurred;
4. For costs of suit herein incurred;
5. For such other and further relief as the Court may deem proper.

Dated: September 18, 2012

BIRNBERG & ASSOCIATES

By: _____
Cory A. Birnberg
Attorneys for Plaintiff
KEISHA WILLIAMS

**DEMAND FOR JURY TRIAL**

PLAINTIFF hereby demands a trial by jury in this matter.

Dated: September 18, 2012

BIRNBERG & ASSOCIATES

By: _____
Cory A. Birnberg
Attorneys for Plaintiff
KEISHA WILLIAMS

BIRNBERG & ASSOCIATES
1083 MISSION STREET,
THIRD FLOOR
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001