UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ASERRADEROS ARAUCO, SA, et al.,<br><br>    Defendants. | Case No. 12-cv-04912-WHO<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 16 |

Plaintiff's request to continue the case management conference set for August 20, 2013 is DENIED. Counsel shall appear in person at 2:00 pm in Courtroom 2 on the 17th Floor (not Courtroom 12 as originally noticed).

**IT IS SO ORDERED**.

Dated: August 20, 2013

WILLIAM H. ORRICK
United States District Judge