1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  1083 Market Street, Third Floor
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
   Facsimile Number: (415) 398-2001
4
   Attorneys for Plaintiff,
5  KEISHA WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEISHA WILLIAMS, ) | Case No. C12-4912 WHO |
| ) | |
| Plaintiff, ) | |
| ) | UNOPPOSED MOTION TO |
| v. ) | CONTINUE CASE MANAGEMENT |
| ) | CONFERENCE; |
| ASERRADEROS ARAUCO, SA, and ) | ORDER |
| REEDEREI HAMBURGER LLOYD ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Plaintiff hereby requests a short continuance of the Case Management Conference currently set for November 19, 2013. Plaintiff's counsel, Cory Birnberg, has a jury trial scheduled to begin in the morning of November 19th, in Marin Superior Court.[1] Currently, Plaintiff is the only party appearing in the above referenced action. Plaintiff will be dismissing defendant Reederei Hamburger Lloyd and service has not been finalized on the Chilean company Aserraderos Arauco, SA. Therefore, this request is unopposed.

BIRNBERG & ASSOCIATES
1083 MISSION STREET, THIRD FLOOR
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

---

[1] *Wells Fargo Bank v. Kishore Kripalani, Lynda Kripalani*, Marin Superior Court Case No. CIV 12-02977. Mr. Birnberg represents the defendants in this unlawful detainer action.

UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

-1-                                                                                        Case No.: C12-4912 WHO

Plaintiff is requesting a continuance of the CMC until **December 3, 2013**. Counsel for Plaintiff may also be available on November 26, 2013; however, he has a half-day mediation scheduled for the morning and is concerned that it may go longer than scheduled.

Respectfully submitted.

Dated: November 13, 2013                                BIRNBERG & ASSOCIATES

                                                        By:   /s/ Cory Birnberg
                                                              Attorneys for Plaintiff
                                                              Keisha Williams

## ORDER

Case Management Conference set for November 19, 2013 is hereby continued to ___December 3___, 2013 at 2:00 p.m.

IT IS SO ORDERED.

_____
WILLIAM H. ORRICK
United States District Judge

BIRNBERG & ASSOCIATES
1083 MISSION STREET, THIRD FLOOR
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
-2-
Case No.: C12-4912 WHO