*BIRNBERG & ASSOCIATES*

CORY A. BIRNBERG (SBN 105468)
1083 Market Street, Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff

RYAN T. DUNN (SBN: 215383)
DUNN & PANAGOTACOS LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 982.2100
SACsimile: (415) 982.2119

ATTORNEYS FOR Defendants
Aserraderos Arauco, SA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KEISHA WILLIAMS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ASERRADEROS ARAUCO, SA, SAN VINCENTE TERMINAL INTERNACIONAL, SSA MARINE, INC.<br><br>                    Defendants. | Case No. CV-12-4912-WHO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |

WHEREAS, on November 4, 2014, the Plaintiff filed a Second Amended Complaint in

this action, naming two new defendants VINCENTE TERMINAL INTERNACIONAL and SSA

MARINE, INC.

WHEREAS, Plaintiff has completed service by certified mail on Defendants VINCENTE

TERMINAL INTERNACIONAL and SSA MARINE, INC., but the time for them to file an

STIPULATION TO CONTINUE STATUS CONFERENCE

1  responsive pleading has not yet expired; and

2      WHEREAS, a status conference is currently set for November 25, 2014; and

3      WHEREAS, the parties agree that a status conference and setting of the trial date it

4  premature in light of the amended complaint and new parties,

5

6      IT IS HEREBY STIPULATED that the status conference set for November 25, 2014 be

7  continued to January 6, 2014, or other date as the court deems appropriate.

8  Dated:  21 November 2014                          BIRNBERG & ASSOCIATES

9

10                                         By: ___/s/Cory Birnberg_____
                                               Cory A. Birnberg
11                                             Attorneys for Plaintiff
                                               KEISHA WILLIAMS
12

13

14  Dated: 21 November 2014                         DUNN & PANAGOTACOS LLP

15

16                                         By: /s/ Ryan Dunn_____
                                               Attorneys for Defendant
17                                             ASERRADEROS ARAUCO, SA

18                                  **ORDER**

19

20      For good cause shown, the parties' stipulation is approved.  The status conference

21  presently set for November 24, 2014 is continued to January 13, 2015 at 2:00 p.m. By January 6,

22  2015, the parties should file a Joint Case Management Statement proposing a case management

23  schedule, culminating in a trial by the end of 2015.

24

25  IT IS SO ORDERED.

26  Dated:November 24, 2014

     _____
     HON. WILLIAM H. ORRICK
     UNITED STATES DISTRICT JUDGE
27

28

STIPULATION TO CONTINUE STATUS CONFERENCE